**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **XIA YAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:26-cv-03602-MDH** |
| | ) | |
| **TODD BLANCHE, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Before the Court is the Petitioner's Notice of Dismissal. (Doc. 6). Petitioner notifies the Court that she is dismissing her habeas petition without prejudice as it is now moot since she is scheduled to see a judge where her bond matter will be addressed.

WHEREFORE, after reviewing Petitioner's Notice of Dismissal, the Court hereby dismisses this case in its entirety, without prejudice.

**IT IS SO ORDERED.**

Dated: October 7, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**